**ANDREW K. NIETOR**
California Bar No. 208784
750 B St., Ste. 2330
San Diego, CA 92101
Telephone: (619) 794-2386

Attorney for Defendant Juan Carlos Garcia Meras

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GONZALO P. CURIEL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **21cr0637-GPC** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hearing: March 21, 2022 |
| | ) | 10:30 a.m. |
| JUAN CARLOS GARCIA MERAS, | ) | |
| | ) | DEFENDANT'S |
| Defendant. | ) | SENTENING MEMORANDUM |
| _____ | ) | |

TO: RANDY S. GROSSMAN, UNITED STATES ATTORNEY,
NICOLE BREDARIOL, ASSISTANT U.S. ATTORNEY,
FABIOLA BENTRAN, UNITED STATES PROBATION OFFICER.

The defendant, Juan Carlos Garcia Meras, by and through his attorney, Andrew K. Nietor, files the following Sentencing Memorandum.

//
//
//
//

# I

## **THE INDIVIDUAL BEFORE THE COURT**

Mr. Garcia is a 41-year-old Mexican citizen who has lived his entire life in the fishing village of Lazaro Cardenas in Michoacan. He was born into poverty to parents who didn't even register his birth because they didn't know how. PSR at par. 45. As he recounted during his probation interview, he and his siblings spent much of their childhood "in the streets looking for food" and he was working at the age of eight; they had limited food and clothing, especially after his father died when Mr. Garcia was still a child. PSR at 45-47. From the time he was a child until the time of his arrest, Mr. Garcia has been a fisherman. PSR at 63. It is the only job he knows, and what he plans to return to upon his release. He has limited formal education because "he had to work in order to survive." PSR at 61.

Prior to his arrest in this case, Mr. Garcia lived with his partner and two stepchildren. PSR at 54. He had three of his own children from a previous relationship. However, his oldest son died of cancer in 2020. PSR at 52. He has a 23-year-old daughter and a 12-year-old daughter, both of whom live in Michoacan.

This case represents Mr. Garcia's first arrest or exposure to the criminal justice system. He has never been to the United States, and it was never his intention to come to this country, having been arrested in a boat in international waters.

Mr. Garcia's detention since his arrest has been particularly difficult for him. He finds himself in a foreign country for the first time in his life, and separated from his family, none of whom have the ability to visit him and hardly enough money for rare phone calls. In addition, Mr. Garcia's detention has been during the height of the Covid-19 pandemic, and he has personally been subject

to multiple illnesses and quarantines, as well as transfers to multiple detention facilities during the past year.

     Mr. Garcia has accepted responsibility for his actions in this case, and recognizes that even though he had a minor role in the overall international trafficking operation, he needs to face consequences for his involvement and his poor choices. He longs for a return to his family and his home, and a return to his life as a fisherman.

## II

## THE OFFENSE

     The circumstances of this offense include activities known and unknown to Mr. Garcia. Mr. Garcia's involvement, similar to several other defendants, began well after the trafficking operation began, with actions taking place as far away as Colombia in South America. Mr. Garcia's involvement began much later, when he was approached by a recruiter in his village, apparently targeted because of his skills as a fisherman and his desperation as someone who had lost a lot of his income due to the pandemic, facing a crisis of the most basic need to feed his family. His limited role is highlighted by the limited information, and outright misinformation, he was given, and how he was treated from the beginning. Mr. Garcia was taken to a beach with a hood over his head to limit who he saw and where he was. He recalls seeing a large number of people on the beach, some of whom were armed (not co-defendants in this case). He was eventually instructed to get into a boat, along with co-defendants Cuevas and Patino. They were provided with a telephone with a number already programmed in, and a GPS device with coordinates already locked in. This vessel did not have drugs when it left the shore. They were told that they would meet another boat and the individuals on the other boat would take charge. They took turns driving the boat for several days until they arrived at the pre-designated spot where they

waited for 1-2 days until another boat arrived, at which point they all helped move the bundles that contained the drugs from the other boat, at which point the other crew sank their boat. Once they were all aboard the boat that had left Manzanilla, they were intercepted by U.S. Coast Guard in international waters off the coast of Mexico.

## III
## **SENTENCING RECOMMENDATION**

In light of his personal characteristics, including age, lack of criminal history, and mitigating role in this offense, Mr. Garcia recommends a sentence of 36 months.

Respectfully submitted,

DATED: March 14, 2022

 /s/ Andrew Nietor
ANDREW K. NIETOR
Attorney for Mr. Garcia Meras

4